IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALFRED A. GARCIA, | No. 2:15-CV-2547-CMK |
| Plaintiff, | |
| vs. | ORDER |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

Plaintiff, who is proceeding pro se, brings this action under 42 U.S.C. § 405(g) for judicial review of a final decision of the Commissioner of Social Security.

Good cause appearing therefor, the order to show cause issued on July 7, 2016, is discharged. The court extends the time for plaintiff to file a dispositive motion. Plaintiff's dispositive motion is due within 45 days of the date of this order.

IT IS SO ORDERED.

DATED: December 9, 2016

CRAIG M. KELLISON
UNITED STATES MAGISTRATE JUDGE

1