IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALFRED A. GARCIA,<br><br>    Plaintiff,<br><br>  vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant.<br>_____/ | No. 2:15-CV-2547-TLN-CMK<br><br><br>ORDER |

       Plaintiff, who is proceeding pro se, brings this action under 42 U.S.C. § 405(g) for judicial review of a final decision of the Commissioner of Social Security. A review of the docket reflects that plaintiff has informed the court regarding consent to Magistrate Judge jurisdiction. Accordingly, and good cause appearing therefor, the order to show cause issued on February 3, 2017, is hereby discharged.

       IT IS SO ORDERED.


DATED: July 6, 2017

                                                  **CRAIG M. KELLISON**
                                                  UNITED STATES MAGISTRATE JUDGE

1